IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DIANE McLAREN, Personal Representative of the Estate of Chad McLaren, Deceased,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| VS. | ) )     NO. CV 04-4240-JPG-PMF |
| **DONALD KRAUS, BRAD CUMMINS, JENNIFER CUMMINS, and KRAUS FARMS, INC.,** | ) ) ) ) |
| **Defendants.** | ) |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   June 26, 2006

                                             **NORBERT JAWORSKI, CLERK**

                                             **by:s/Deborah Agans**
                                             **Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                    **U. S. DISTRICT JUDGE**